# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-2243

_____

LISA STOKES,

    Appellant,

v.

LEON COUNTY SCHOOL BOARD
and SCHOOL OF ARTS AND
SCIENCES FOUNDATION, INC.,

    Appellees.

_____

On appeal from the Division of Administrative Hearings.
Todd P. Resavage, Administrative Law Judge.

July 18, 2019

PER CURIAM.

    DISMISSED.

ROBERTS, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Lisa Stokes, pro se, Appellant.

No appearance for Appellees.